UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                         Crim. No. 09-103(DSD/SRN)

          Plaintiff,

v.                                            ORDER

Samuel Johnson Ewing,

          Defendant.

---

Nate Petterson, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Andrea George, Office of the Federal Defender, 107 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for Defendant[1]

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Eyewitness Identifications (Doc. No. 16) is **DENIED AS MOOT**; Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 18) is **DENIED**; and Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 19) is **DENIED.**

Dated: July 29, 2009

                                                     s/David S. Doty
                                                     DAVID S. DOTY
                                                     United States District Judge

---

[1] During a portion of the hearing on these motions, Defendant chose to represent himself. He later reconsidered his decision and elected to be represented by his previously-appointed counsel, Federal Defender Andrea George.